THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH WEINER, Appellant, Impleaded with Others.

(Argued March 12, 1934; decided April 17, 1934.)

*Joseph M. Proskauer, Emil Weitzner* and *Samuel H. Kaufman* for appellant.

*Samuel J. Foley,* District Attorney (*Sol. Boneparth, Herman J. Fliederblum* and *Arthur G. Carney* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ.   Dissenting: CRANE and LEHMAN, JJ., on the ground that the defendant had been sentenced without a plea of guilt and without a trial of the facts of his guilt.   Not sitting: KELLOGG, J.